NEW ENGLAND MOTOR RATE BUREAU, INC.,
ET AL. *v.* UNITED STATES ET AL.

No. 591.   Decided December 5, 1966.

*Peter T. Beardsley, R. Edwin Brady, Bryce Rea, Jr., Guy H. Postell, John W. McFadden, Harry C. Ames, Roland Rice, Homer S. Carpenter, John S. Fessenden* and *Richard R. Sigmon* for appellants.

*Solicitor General Marshall, Assistant Attorney General Turner, Howard E. Shapiro, Robert W. Ginnane* and *Leonard S. Goodman* for the United States et al.

*William Q. Keenan* for Railway Express Agency, Inc., and *Arthur A. Arsham* for National Small Shipments Traffic Conference, Inc., et al., intervenors below.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.